**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Rich's Food Stores, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  **Hwy 55 Wallace**<br>DBA  **Hwy 55 Fayetteville**<br>DBA  **Hwy 55 Burgaw**<br>DBA  **Hwy 55 Castle Hayne** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4444325** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2361 Willard Road**<br>**Wallace, NC 28466**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pender**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Rich's Food Stores, LLC** | | Case number (*if known*) | |
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __7225__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

| Debtor | **Rich's Food Stores, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

       Contact name _____

       Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rich's Food Stores, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 5, 2019**
MM / DD / YYYY

**X** **/s/ Kenneth Norman Rich**
Signature of authorized representative of debtor

**Kenneth Norman Rich**
Printed name

Title    **Member/Manager**

**18. Signature of attorney**

**X** **/s/ Richard P. Cook**    Date **February 5, 2019**
Signature of attorney for debtor    MM / DD / YYYY

**Richard P. Cook 37614**
Printed name

**Richard P. Cook. PLLC**
Firm name

**dba Cape Fear Debt Relief**
**7036 Wrightsville Avenue, Suite 101**
**Wilmington, NC 28403**
Number, Street, City, State & ZIP Code

Contact phone    **(910)399-3458**    Email address    **CapeFearDebtRelief@gmail.com**

**37614 NC**
Bar number and State

## RESOLUTIONS OF THE MEMBERS
## OF RICH'S FOOD STORES, LLC

The undersigned, being all of the members of Rich's Food Stores, LLC (the "Company"), do hereby adopt the following resolutions by signing their written consent hereto and by the execution of this consent do hereby waive any and all formalities regarding notice of time, date, place and purpose of meeting.

WHEREAS, the members of the Company have evaluated the Company's alternatives in connection with its current financial condition and have determined that the filing of a voluntary petition for relief (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina is in the best interests of the Company; and

RESOLVED, that the Company shall be, and hereby is authorized to file a Petition for relief under Title 11 of the United States Bankruptcy Code, in the Eastern District of North Carolina (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Kenneth Norman Rich shall be authorized to act on behalf of the Company with respect to all of the Company's bankruptcy proceedings, including but not limited to signing any and all documents pertaining to the Company's bankruptcy and attending any and all hearings and conferences related to the Company's bankruptcy;

FURTHER RESOLVED, that any manager of the Company, or any other such person designated by the Company, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) execute, acknowledge, deliver, verify, and file or cause to be filed all petition, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (b) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed, and approved; and

FURTHER RESOLVED, that the Manager is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Company or its legal counsel, a true copy of the foregoing resolutions.

Signatures to follow on next page

1

This action is effective as of the 4th day of February, 2019.


_____
Kenneth Norman Rich – Manager and Member


_____
Tara Rich – Member

2

**Fill in this information to identify the case:**

Debtor name  **Rich's Food Stores, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 5, 2019**          *X* **/s/ Kenneth Norman Rich**
                              Signature of individual signing on behalf of debtor

                              **Kenneth Norman Rich**
                              Printed name

                              **Member/Manager**
                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rich's Food Stores, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other    **Business Operations (through Jan. 31, 2019)** | **$162,421.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other    **Business Operations** | **$2,622,789.73** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other    **Business Operations** | **$4,025,654.19** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   Rich's Food Stores, LLC                                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. United Community Bank<br>Attn: Managing Officer or Agent<br>125 Highway 515 E<br>Blairsville, GA 30512 | November 30, 2018<br>December 31, 2018 | $6,530.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Overdraft fees** |
| 3.2. Georgia H. Longest<br>613-B East Southerland Street<br>Wallace, NC 28466 | November 8, 2018<br>December 4, 2018<br>December 11, 2018<br>January 1, 2019 | $7,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent -- Wallace location** |
| 3.3. Houghton Development Inc.<br>Attn: Managing Officer or Agent<br>6425 Motts Village Road<br>Wilmington, NC 28412 | November 21, 2018<br>December 21, 2018<br>January 15, 2019 | $6,932.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent -- Castle Hayne location** |
| 3.4. The Little Mint, Inc.<br>dba Hwy 55 Burgers Shakes & Fries<br>Attn: Managing Officer or Agent<br>102 Commercial Avenue<br>Mount Olive, NC 28365 | Weekly | $32,053.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise royalties** |
| 3.5. Restaurant Depot, LLC<br>Attn: Managing Officer or Agent<br>1524 132nd St<br>College Point, NY 11356 | Various dates, beginning November 14, 2018 | $14,013.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. US Foods Inc.<br>Attn: Managing Officer or Agent<br>9399 W. Higgins Road, Suite 500<br>Rosemont, IL 60018 | Various dates, beginning November 5, 2018 | $122,733.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   Rich's Food Stores, LLC                                         Case number (if known) _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Kenneth Rich** **2361 Willard Road** **Wallace, NC 28466** **Manager/Member** | **past 12 months** | **$13,270.80** | **Expense reimbursements** |
| 4.2.  **Brandon Rich** **Son of Members** | **past 12 months** | **$49,000.00** | **Salary** |
| 4.3.  **Daniel Rich** **Son of Members** | **past 12 months** | **$49,000.00** | **Salary** |
| 4.4.  **Brandon Rich** **Son of Members** | **past 12 months** | **$20,563.33** | **Expense reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Strategic Funding Source, Inc.** **Attn: Managing Officer or Agent** **211 D. Bulifants Blvd., Ste. E** **Williamsburg, VA 23188** | **Creditor seized daily credit card remittances** | **January 11, 12, 13, and 14, 2019** | **$4,754.70** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Institution Food House, Inc.** **a/k/a Performance** **Foodservice Roma - Hickory** **v. Rich's Food Stores, LLC** **and Kenneth Rich** **18 CVD 408** | **Collection** | **Duplin County** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Rich's Food Stores, LLC**                                           Case number *(if known)*

■ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage sustained from Hurricane Florence**<br><br>**Burgaw location - food spoilage, road sign, loss of income<br>Castle Hayne location - food spoilage, loss of income, equipment<br>Wallace location - food spoilage, loss of income<br>Fayetteville location - food spoilage, loss of income** | **$10,224.48 received to date for Hurricane Florence related losses**<br><br>**Three addtional claims are still outstanding** | **September 13, 2018** | **Unknown** |

---

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    __Rich's Food Stores, LLC_____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Richard P. Cook. PLLC dba Cape Fear Debt Relief 7036 Wrightsville Avenue, Suite 101 Wilmington, NC 28403 | $7,500.00 - Chapter 11 Attorney Fees $1,717.00 - Chapter 11 Filing Fee | **January 11, 2019 ($2,500.00) January 25, 2019 ($2,500.00) January 30, 2019 ($2,500.00) February 4, 2019 ($1,717.00)** | $9,217.00 |
| | **Email or website address** CapeFearDebtRelief@gmail.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Tiny Frog, Inc. Attn: Managing Officer or Agent 3252 Hwy 87 S Sanford, NC 27332 | Sale of Hwy 55 franchise in Dunn, NC | October 31, 2017 | $100,000.00 |
| | **Relationship to debtor** none | | | |
| 13.2. | Heather Leigh Management, Inc. Attn: Managing Officer or Agent | Sale of Hwy 55 franchise in Fuquay-Varina, NC | September 1, 2017 | $100,000.00 |
| | **Relationship to debtor** none | | | |

Debtor    Rich's Food Stores, LLC                                           Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Lil Boy, Inc.** **Attn: Managing Officer or Agent** **4325 South Plank Road** **Sanford, NC 27330** | **Sale of Hwy 55 franchise in Apex, NC** | **May 2018** | **$140,000.00** |
| | Relationship to debtor **none** | | | |
| 13.4. | **Hope Mills Franchise** | **Sale of Hwy 55 franchise in Hope Mills, NC** | **October 2018** | **$150,000.00** |
| | Relationship to debtor **none** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor      **Rich's Food Stores, LLC**                                      Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **United Community Bank Attn: Managing Officer or Agent 406 E Main St. Wallace, NC 28466** | **XXXX-8401** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **July 2, 2018** | **$0.00** |
| 18.2. | **Four Oaks Bank Attn: Managing Officer or Agent PO Box 309 Four Oaks, NC 27524** | **XXXX-1301** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **January 10, 2018** | **$0.00** |
| 18.3. | **Four Oaks Bank Attn: Managing Officer or Agent PO Box 309 Four Oaks, NC 27524** | **XXXX-0501** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **November 2017** | **$0.00** |
| 18.4. | **Four Oaks Bank Attn: Managing Officer or Agent PO Box 309 Four Oaks, NC 27524** | **XXXX-3501** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **November 2017** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **Rich's Food Stores, LLC**                                    Case number *(if known)*

not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Sean C. Knowles<br>Knowles Accounting<br>506 S Norwood Street<br>Wallace, NC 28466** | |

Debtor   __Rich's Food Stores, LLC_____     Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth Norman Rich | 2361 Willard Road Wallace, NC 28466 | Manager/Member | 45% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tara C. Rich | 2361 Willard Road Wallace, NC 28466 | Member | 55% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Rich's Food Stores, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Mr. Rich does not receive a salary from the business, nor has there been funds for owner draws. |
| | Kenneth Rich 2361 Willard Road Wallace, NC 28466 | $612.86 aggregate paid to One Main Financial, Mariner Financial, and John Deere Financial behalf of Kenneth Rich | January 2019 | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 5, 2019**

**/s/ Kenneth Norman Rich**                    **Kenneth Norman Rich**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name: **Rich's Food Stores, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ ___755,009.44_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ ___755,009.44_

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___763,334.23_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ ___228,118.85_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ ___511,863.87_

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b      $ ___1,503,316.95_

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rich's Food Stores, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Chase Card<br>Attn: Managing Officer or Agent<br>201 N. Walnut Street DE1-1027<br>Wilmington, DE 19801** | | **Credit card** | **Disputed** | | | **$26,392.75** |
| **Diversified Energy<br>Attn: Managing Officer or Agent<br>17220 US Hwy 421 S<br>Dunn, NC 28334** | | **Propane Gas - CH** | | | | **$6,413.06** |
| **Diversified Energy<br>Attn: Managing Officer or Agent<br>17220 US Hwy 421 S<br>Dunn, NC 28334** | | **Propane Gas - Wallace** | | | | **$6,159.10** |
| **Donald Mong<br>133 Marlboro Farms<br>Rocky Point, NC 28457** | | **Loan** | **Disputed** | | | **$30,000.00** |
| **DP Properties of NC, LLC<br>Attn: Managing Officer or Agent<br>PO Box 1747<br>West Chester, PA 19380** | | **Rent - Burgaw** | | | | **$9,555.00** |
| **Georgia H. Longest<br>613-B East Southerland Street<br>Wallace, NC 28466** | | **Rent - Wallace** | | | | **$20,800.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Rich's Food Stores, LLC**                                              Case number *(if known)* _____
               Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Houghton Development Inc. Attn: Managing Officer or Agent 6425 Motts Village Road Wilmington, NC 28412** | | **Rent - Castle Hayne** | | | | **$7,930.59** |
| **Institution Food House, Inc. aka Performance Foodservice Roma Attn: Managing Officer or Agent** | | **Judgment** | | | | **$177,310.61** |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | | **Withholding taxes - third quarter 2018** | | | | **$54,640.66** |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | | **Withholding taxes - first quarter 2018** | | | | **$40,697.46** |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | | **Withholding taxes - fourth quarter 2018 (estimated)** | | | | **$40,000.00** |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | | **Withholding taxes - second quarter 2018 (estimated)** | | | | **$40,000.00** |
| **Kenneth Rich 2361 Willard Road Wallace, NC 28466** | | **Loans** | | | | **$19,500.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Rich's Food Stores, LLC** | Case number *(if known)* | |
|--------|------------------------------|--------------------------|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MSPark**<br>**Attn: Managing**<br>**Officer or Agent**<br>**PO Box 848469**<br>**Dallas, TX 75284** | | **Advertising** | | | | **$14,516.01** |
| **North Carolina Dept.**<br>**of Revenue**<br>**Attn: Bankruptcy**<br>**Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | **All property of the debtor** | | **$20,973.81** | **$750,000.00** | **$13,334.23** |
| **North Carolina Dept.**<br>**of Revenue**<br>**Attn: Bankruptcy**<br>**Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | **October 2018 sales & use taxes** | | | | **$12,968.99** |
| **North Carolina Dept.**<br>**of Revenue**<br>**Attn: Bankruptcy**<br>**Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | **November 2018 sales & use taxes** | | | | **$12,264.84** |
| **North Carolina Dept.**<br>**of Revenue**<br>**Attn: Bankruptcy**<br>**Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | **December 2018 sales & use taxes** | | | | **$11,722.43** |
| **North Carolina Dept.**<br>**of Revenue**<br>**Attn: Bankruptcy**<br>**Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | | **January 2019 sales & use taxes (estimated)** | | | | **$10,000.00** |
| **Strategic Funding**<br>**Source, Inc.**<br>**Attn: Managing**<br>**Officer or Agent**<br>**211 D. Bulifants**<br>**Blvd., Ste. E**<br>**Williamsburg, VA**<br>**23188** | | **Loan** | **Disputed** | | | **$168,235.80** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rich's Food Stores, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | **United Community Bank - Burgaw location** | | | |
| 3.1. | **account balance is negative ($738.00)** | checking | 2101 | $0.00 |
| | **United Community Bank - Castle Hayne location** | | | |
| 3.2. | | checking | 3601 | $555.34 |
| | **United Community Bank - Fayetteville location** | | | |
| 3.3. | **account balance is negative ($210.90)** | checking | 2801 | $0.00 |
| | **United Community Bank - Wallace location** | | | |
| 3.4. | **account balance is negative ($480.20)** | checking | 5101 | $0.00 |
| | **United Community Bank - Hope Mills location** | | | |
| 3.5. | | checking | 9101 | $1,490.96 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rich's Food Stores, LLC**                                  Case number *(If known)*
          Name

|  | | | |
|---|---|---|---|
| **United Community Bank - Corporate Account** | | | |
| 3.6. account balance is negative ($1,079.33) | checking | 1901 | $0.00 |
| **United Community Bank - Payroll Account** 3.7. | checking | 2701 | $2,892.71 |
| 3.8. **BB&T** | checking | 8615 | $70.43 |
| **BB&T** 3.9. account balance is zero | checking | 8828 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                            | $5,009.44 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

| Debtor | **Rich's Food Stores, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Restaurant equipment including:<br>Refrigerators, racks, prep tables, knives,<br>slicers, cabinets, grinders, fryers, pots, pans,<br>dicers, ovens, oven hoods, chairs, tables, food<br>processors, mixers, linens, silverware, paper<br>products** | | | |
| **Located at Fayetteville store** | $0.00 | Liquidation | $20,000.00 |
| **Restaurant equipment including:<br>Refrigerators, racks, prep tables, knives,<br>slicers, cabinets, grinders, fryers, pots, pans,<br>dicers, ovens, oven hoods, chairs, tables, food<br>processors, mixers, linens, silverware, paper<br>products** | | | |
| **Located at Wallace store** | $0.00 | Liquidation | $20,000.00 |
| **Restaurant equipment including:<br>Refrigerators, racks, prep tables, knives,<br>slicers, cabinets, grinders, fryers, pots, pans,<br>dicers, ovens, oven hoods, chairs, tables, food<br>processors, mixers, linens, silverware, paper<br>products** | | | |
| **Located at Burgaw store** | $0.00 | Liquidation | $20,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Rich's Food Stores, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Restaurant equipment including:**
**Refrigerators, racks, prep tables, knives,**
**slicers, cabinets, grinders, fryers, pots, pans,**
**dicers, ovens, oven hoods, chairs, tables, food**
**processors, mixers, linens, silverware, paper**
**products**

| | | | |
|---|---|---|---|
| **Located at Castle Hayne store** | **$0.00** | Liquidation | **$20,000.00** |

---

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | |
    |---|
    | **$80,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Hwy 55 Burgers franchise in Fayetteville, NC** | **$0.00** | Comparable sale | **$150,000.00** |
| **Hwy 55 Burgers franchise in Wallace, NC** | **$0.00** | Comparable sale | **$150,000.00** |
| **Hwy 55 Burgers franchise in Burgaw, NC** | **$0.00** | Comparable sale | **$150,000.00** |
| **Hwy 55 Burgers franchise in Castle Hayne, NC** | **$0.00** | Comparable sale | **$150,000.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Debtor    **Rich's Food Stores, LLC**                              Case number *(If known)* _____
_____
Name

66.    **Total of Part 10.**                                                        | $600,000.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor)<br>**$75,000 note from Kenneth K. Moore, approximately $70,000 remaining owed**<br><br>Debtor seller financed one-half of the $150,000 purchase price of the Hope Mills franchise it sold in October 2018. | 70,000.00<br>Total face amount | - 0.00 =<br>doubtful or uncollectible amount | $70,000.00 |
| **$16,619.01 note from Lil Boy, Inc. & Tami Casey, approximately $10,000 remaining owed** | 0.00<br>Total face amount | - 0.00 =<br>doubtful or uncollectible amount | Unknown |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                        | $70,000.00 |

Add lines 71 through 77. Copy the total to line 90.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Rich's Food Stores, LLC**                                    Case number *(If known)* _____
           Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       □ Yes

| Debtor | **Rich's Food Stores, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,009.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $80,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $600,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $70,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $755,009.44 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $755,009.44 |

**Fill in this information to identify the case:**

Debtor name     **Rich's Food Stores, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Internal Revenue Service**<br>Creditor's Name<br><br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/1/2018**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All property of the debtor**<br><br><br><br>Describe the lien<br>**Tax lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$97,023.09** | **$750,000.00** |
| **2.2  Newtek Small Business Finance, LLC**<br>Creditor's Name<br><br>**Attn: Managing Officer or Agent**<br>**1981 Marcus Ave, Suite 130**<br>**Lake Success, NY 11042**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**September 14, 2016**<br>**Last 4 digits of account number**<br>**2306** | Describe debtor's property that is subject to a lien<br>**All property of the debtor**<br><br><br><br>Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$495,773.33** | **$750,000.00** |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 3

Debtor   **Rich's Food Stores, LLC**                                    Case number (if known) _____
_____
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Newtek Small Business Finance, LLC** | | |
|---|---|---|---|

Creditor's Name

**Attn: Managing Officer or Agent**
**1981 Marcus Ave, Suite 130**
**Lake Success, NY 11042**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All property of the debtor**

$149,564.00          $750,000.00

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 9, 2016**

**Last 4 digits of account number**
**7415**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **North Carolina Dept. of Revenue** | | |
|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All property of the debtor**

$20,973.81          $750,000.00

**Describe the lien**
**Tax lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/11/2019**

**Last 4 digits of account number**
**9M21**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$763,334.23**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rich's Food Stores, LLC**                                              Case number *(if know)* _____
           Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Rich's Food Stores, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|   | **Cumberland County Tax Collector**<br>**Attn: Managing Officer or Agent**<br>**PO Box 449**<br>**Fayetteville, NC 28302** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|   |   | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |
|   | **Duplin County Tax Collector**<br>**Attn: Managing Officer/Agent**<br>**PO Box 968**<br>**Kenansville, NC 28349** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Rich's Food Stores, LLC** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$54,640.66** | **$54,368.99** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes - third quarter 2018** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,697.46** | **$38,893.34** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes - first quarter 2018** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** | **$40,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes - second quarter 2018 (estimated)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,000.00** | **$40,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes - fourth quarter 2018 (estimated)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rich's Food Stores, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**New Hanover County Tax Office**
**Attn: Managing Officer or Agent**
**PO Box 18000**
**Wilmington, NC 28406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,824.47 | $4,143.62 |
|---|---|---|---|---|

**North Carolina Dept. of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**September 2018 sales & use taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,968.99 | $12,968.99 |
|---|---|---|---|---|

**North Carolina Dept. of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**October 2018 sales & use taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,264.84 | $12,264.84 |
|---|---|---|---|---|

**North Carolina Dept. of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**November 2018 sales & use taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Rich's Food Stores, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,722.43 | $11,722.43 |
|------|---|---|---|---|

**2.11** Priority creditor's name and mailing address

**North Carolina Dept. of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,722.43    $11,722.43

Date or dates debt was incurred

Basis for the claim:
**December 2018 sales & use taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address

**North Carolina Dept. of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00    $10,000.00

Date or dates debt was incurred

Basis for the claim:
**January 2019 sales & use taxes (estimated)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Pender County Tax Assessor**
**Attn: Managing Officer/Agent**
**PO Box 67**
**Burgaw, NC 28425**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Chase Card**
**Attn: Managing Officer or Agent**
**201 N. Walnut Street**
**DE1-1027**
**Wilmington, DE 19801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$26,392.75

**Date(s) debt was incurred** _

Basis for the claim:  **Credit card**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Diversified Energy**
**Attn: Managing Officer or Agent**
**17220 US Hwy 421 S**
**Dunn, NC 28334**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,256.11

**Date(s) debt was incurred** _

Basis for the claim:  **Propane Gas - Burgaw**

**Last 4 digits of account number** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Rich's Food Stores, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**Diversified Energy**
Attn: Managing Officer or Agent
17220 US Hwy 421 S
Dunn, NC 28334

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Propane Gas - CH

Is the claim subject to offset? ■ No ☐ Yes

**$6,413.06**

---

**3.4** | Nonpriority creditor's name and mailing address

**Diversified Energy**
Attn: Managing Officer or Agent
17220 US Hwy 421 S
Dunn, NC 28334

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Propane Gas - HM

Is the claim subject to offset? ■ No ☐ Yes

**$2,947.86**

---

**3.5** | Nonpriority creditor's name and mailing address

**Diversified Energy**
Attn: Managing Officer or Agent
17220 US Hwy 421 S
Dunn, NC 28334

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Propane Gas - Wallace

Is the claim subject to offset? ■ No ☐ Yes

**$6,159.10**

---

**3.6** | Nonpriority creditor's name and mailing address

**Donald Mong**
133 Marlboro Farms
Rocky Point, NC 28457

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**DP Properties of NC, LLC**
Attn: Managing Officer or Agent
PO Box 1747
West Chester, PA 19380

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent - Burgaw

Is the claim subject to offset? ■ No ☐ Yes

**$9,555.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Fayetteville Retail Investment, LLC**
Attn: Managing Officer or Agent
c/o WRS Inc.
550 Long Point Road
Mount Pleasant, SC 29464

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent - Fayetteville

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**Fifth Third Bank**
Attn: Managing Officer/Agent
38 Fountain Square Plaza
Cincinnati, OH 45263

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Rich's Food Stores, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,774.98**

**FSI Mechanical**
**Attn: Managing Officer or Agent**
**PO Box 61428**
**Raleigh, NC 27661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __service - Apex__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,816.86**

**FSI Mechanical**
**Attn: Managing Officer or Agent**
**PO Box 61428**
**Raleigh, NC 27661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __service - Dunn__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391.62**

**FSI Mechanical**
**Attn: Managing Officer or Agent**
**PO Box 61428**
**Raleigh, NC 27661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __service - HM__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,800.00**

**Georgia H. Longest**
**613-B East Southerland Street**
**Wallace, NC 28466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent - Wallace__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,930.59**

**Houghton Development Inc.**
**Attn: Managing Officer or Agent**
**6425 Motts Village Road**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent - Castle Hayne__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$177,310.61**

**Institution Food House, Inc.**
**aka Performance Foodservice Roma**
**Attn: Managing Officer or Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,500.00**

**Kenneth Rich**
**2361 Willard Road**
**Wallace, NC 28466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Loans__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rich's Food Stores, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**MSPark**
Attn: Managing Officer or Agent
PO Box 848469
Dallas, TX 75284

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$14,516.01**

---

**3.18** | Nonpriority creditor's name and mailing address

**Pepsi Bottling Ventures**
Attn: Managing Officer or Agent
PO Box 75990
Charlotte, NC 28275

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,436.21**

---

**3.19** | Nonpriority creditor's name and mailing address

**PSNC Energy**
Attn: Managing Officer or Agent
PO Box 100256
Florence, SC 29502

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$701.93**

---

**3.20** | Nonpriority creditor's name and mailing address

**Strategic Funding Source, Inc.**
Attn: Managing Officer or Agent
211 D. Bulifants Blvd., Ste. E
Williamsburg, VA 23188

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$168,235.80**

---

**3.21** | Nonpriority creditor's name and mailing address

**Town of Apex**
Attn: Managing Officer or Agent
PO Box 580398
Charlotte, NC 28258

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,240.88**

---

**3.22** | Nonpriority creditor's name and mailing address

**United Community Bank**
Attn: Managing Officer or Agent
406 E Main St.
Wallace, NC 28466

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Overdrawn checking accounts**

Is the claim subject to offset? ■ No ☐ Yes

**$2,508.43**

---

**3.23** | Nonpriority creditor's name and mailing address

**Village Company**
Attn: Managing Officer or Agent
PO Box 31827
Raleigh, NC 27622

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent - Hope Mills**

Is the claim subject to offset? ■ No ☐ Yes

**$2,676.07**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **Rich's Food Stores, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **The McIntosh Law Firm, PC**<br>**Attn.: Jennifer Ahlers Cone**<br>**PO Box 2270**<br>**Davidson, NC 28036** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Worldpay US, Inc.**<br>**Attn: Managing Officer or Agent**<br>**201 17th Street, NW**<br>**Suite 1000**<br>**Atlanta, GA 30363** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **228,118.85** |
| **5b. Total claims from Part 2** | 5b. | + $ | **511,863.87** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **739,982.72** |

**Fill in this information to identify the case:**

Debtor name   **Rich's Food Stores, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **POS Terminals, Receipt Printers, and Cash Drawers in the Fayetteville location** | **A. and E. Vends, Inc.**<br>**Attn: Managing Officer or Agent**<br>**102 Commercial Avenue**<br>**Mount Olive, NC 28365** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commecial Lease Agreement - ten (10) year term**<br>**409 Hwy 117 N,**<br>**Burgaw, NC**<br>**Five years** | **DP Properties of NC, LLC**<br>**Attn: Managing Officer or Agent**<br>**PO Box 1747**<br>**West Chester, PA 19380** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commecial Lease Agreement - ten (10) year term**<br>**Airport Plaza,**<br>**Fayetteville, NC**<br>**7 years** | **Fayetteville Retail Investment, LLC**<br>**Attn: Managing Officer or Agent**<br>**c/o WRS Inc.**<br>**550 Long Point Road**<br>**Mount Pleasant, SC 29464** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br><br><br>State the term remaining | **Commecial Lease Agreement - five (5) years under original lease then extended ten (10) year term**<br>**Stadium Center Complex, East Southerland Street, Wallace, NC**<br>**10 years, 10 months** | **Georgia H. Longest**<br>**Attn: Managing Officer or Agent**<br>**613-B East Southerland Street**<br>**Wallace, NC 28466** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Rich's Food Stores, LLC**

First Name                    Middle Name                    Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commecial Assignment and Assumption of Lease Agreement 6001 & 6101 Castle Hayne Road, Castle Hayne, NC** | |
|---|---|---|---|
| | State the term remaining | **Five years** | **Houghton Development Inc. Attn: Managing Officer or Agent 6425 Motts Village Road Wilmington, NC 28412** |
| | List the contract number of any government contract _____ | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreements for Wallace, Castle Hayne, Burgaw, and Fayetteville locations** | |
|---|---|---|---|
| | State the term remaining | | **The Little Mint, Inc. dba Hwy 55 Burgers Shakes & Fries Attn: Managing Officer or Agent 102 Commercial Avenue Mount Olive, NC 28365** |
| | List the contract number of any government contract _____ | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rich's Food Stores, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kenneth Rich** | **2361 Willard Road Wallace, NC 28466** | **Institution Food House, Inc.** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.2 | **Kenneth Rich** | **2361 Willard Road Wallace, NC 28466** | **Strategic Funding Source, Inc.** | ☐ D ____<br>■ E/F __3.20__<br>☐ G ____ |
| 2.3 | **Kenneth Rich** | **2361 Willard Road Wallace, NC 28466** | **Newtek Small Business Finance, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Kenneth Rich** | **2361 Willard Road Wallace, NC 28466** | **Newtek Small Business Finance, LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Tara C. Rich** | **2361 Willard Road Wallace, NC 28466** | **Newtek Small Business Finance, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Rich's Food Stores, LLC**                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.6 | **Tara C. Rich** | **2361 Willard Road**<br>**Wallace, NC 28466** | **Newtek Small**<br>**Business Finance,**<br>**LLC** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

RICH'S FOOD STORES, LLC                                    CASE NO.:
                                                           CHAPTER 11

_____ DEBTOR(S) _____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

_____

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the
        attorney for the above mentioned debtor and that compensation paid to me within one
        year before the filing of the petition in bankruptcy, or agreed to be paid to me, for
        services  rendered or to be rendered on behalf of the debtor in contemplation of or in
        connection  with the bankruptcy case is as follows:

        For legal services, I have agreed to accept                    $ Unknown
                                                                       (To be determined by the
                                                                       Court)

        Prior to filing this statement, I have received               $ 6,234.70

        In addition, I am holding in trust for Attorney's fees        $ 1,265.30

        Balance Due                                                   $Amount unknown
                                                                      (To be determined by the Court)

2.      The source of compensation paid to me is:

            [X ] Debtor                          [] Other:

3.      The source of compensation to be paid to me is:

            [x] Debtor                           [X] Other (specify): Kenneth Rich

4.      [x] I have not agreed to share the above-disclosed compensation with any other
           person  unless they are members and associates of my law firm.

        [ ] I have agreed to share the above-disclosed compensation with a person or persons
            who  are not members or associates of my law firm. A copy of the agreement,
            together with  a list of the names of the people sharing in the compensation, is

attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects
        of  the bankruptcy case, including:

        a)      Analysis of the debtor's financial situation, and rendering advice and assistance
                to  the debtor in determining whether to file a petition under Title 11, United
                States  Code;

        b)      Preparation and filing of any petition, schedule, statement of affairs, and other
                documents required by the court;

        c)      Representation of the debtor at the meeting of creditors, confirmation hearing
                and  any adjourned hearings thereof;

        d)      Representation of the debtor in adversary proceedings and other
                contested  bankruptcy matters;

        e)      Additional fees to be approved by the Bankruptcy Court

6.      By agreement with the debtor, the above disclosed fee does not include the
        following  services:

                Not applicable

## CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or agreement for
payment to me for representation of the debtor in this bankruptcy proceeding.


Dated: February 5, 2019                  RICHARD P. COOK, PLLC

                                         /s/ Richard P. Cook
                                         Richard P. Cook
                                         Attorney for the Debtor(s)
                                         N.C. State Bar No. 37614
                                         7036 Wrightsville Ave, Suite 101
                                         Wilmington, NC 28403
                                         Telephone: (910) 399-3458
                                         Email: Richard@CapeFearDebtRelief.com

# DEBT RELIEF
### CAPE FEAR

Richard P. Cook, PLLC
7036 Wrightsville Avenue
Suite 101
Wilmington, NC 28403

Invoice submitted to:
Rich's Food Stores LLC
2361 Willard Road
Wallace, NC 28466
Pender

February 5, 2019

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/21/2018 | Meeting with Kenneth and Brandon Rich re possible Ch. 11 filing for Rich's Food Stores, LLC | 2.50 300.00/hr | NO CHARGE |
| 1/3/2019 | Telephone call with Kenneth Rich re banks in Duplin Co. for possible DIP accounts, documents needed for Ch. 11 filing | 0.40 300.00/hr | 120.00 |
| 1/8/2019 | Meeting with Kenneth Rich re documents needed for Ch. 11 filing, issues with overdrafts | 1.00 300.00/hr | 300.00 |
| 1/11/2019 | Telephone call with Kenneth Rich re Strategic Funding attempts to garnish accounts | 0.10 300.00/hr | 30.00 |
| 1/16/2019 | Telephone call with Kenneth Rich re NC DOR payments/taxes owed | 0.20 300.00/hr | 60.00 |
| 1/18/2019 | Review, scan, and organize file | 0.70 100.00/hr | 70.00 |
| 1/21/2019 | Preparation of Schedules | 2.80 100.00/hr | 280.00 |
| 1/22/2019 | Telephone call with Kenneth Rich re lease agreements, garnishment by Strategic Funding | 0.30 300.00/hr | 90.00 |
| 1/23/2019 | Continuing prep of schedules, meeting with Mr. Rich | 1.20 100.00/hr | 120.00 |

Rich's Food Stores LLC

Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/24/2019 | Review new documents; petition prep; meeting with Richard Cook; preparation of list of documents needed; email to Mr. Rich; notations to file re. same | 1.30<br>100.00/hr | 130.00 |
| 1/26/2019 | Legal research re avoidance of overdraft fees as fraudulent obligation | 2.00<br>300.00/hr | 600.00 |
| 1/27/2019 | Cont'd legal research, avoidance of overdraft fees | 1.50<br>300.00/hr | 450.00 |
| 1/31/2019 | Review emails and documents, petition prep | 0.80<br>100.00/hr | 80.00 |
| 2/1/2019 | Preparation of Ch. 11 schedules and statements, review of emails/file; notations to file | 2.40<br>100.00/hr | 240.00 |
| | Telephone call with Kenneth Rich re value of restaurant equipment, payments to creditors | 0.20<br>300.00/hr | 60.00 |
| 2/2/2019 | Preparation of Chapter 11 schedules and statements, review of file, email to Kenneth Rich re documents needed (3.8), cont'd legal research avoidance of overdrafts (1.6) | 5.20<br>300.00/hr | 1,560.00 |
| 2/3/2019 | Telephone call with Kenneth Rich re documents needed | 0.20<br>300.00/hr | 60.00 |
| 2/4/2019 | Preparation of Ch. 11 schedules and statements, review of emails and related documents from Kenneth Rich, preparation of application to employ RPC, PLLC, preparation of emergency motion to use cash collateral, meeting with Kenneth and Brandon Rich to review schedules and statements and discuss Ch. 11 post-filing procedures | 5.70<br>300.00/hr | 1,710.00 |
| 2/5/2019 | Telephone call with Kenneth Rich re bank balances, NC DOR and filing of Ch. 11 petition (.1), finalizing of schedules and statements, cont'd preparation of motion for auth to use cash collateral (.8) | 0.90<br>300.00/hr | 270.00 |
| | For professional services rendered | 29.40 | $6,230.00 |
| | Additional Charges : | | |
| 1/23/2019 | Copying cost - Fayetteville Lease (47 pages, $.10 per page) | | 4.70 |
| | Total additional charges | | $4.70 |
| | Total amount of this bill | | $6,234.70 |

Rich's Food Stores LLC

Page     3

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Richard P. Cook | 17.70 | 300.00 | $5,310.00 |
| Richard P. Cook | 2.50 | 0.00 | $0.00 |
| Ruth Green | 9.20 | 100.00 | $920.00 |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **Rich's Food Stores, LLC**                         Case No.
                                     Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 5, 2019**                          **/s/ Kenneth Norman Rich**
                                             **Kenneth Norman Rich**/**Member/Manager**
                                             Signer/Title

A. and E. Vends, Inc.
Attn: Managing Officer or Agent
102 Commercial Avenue
Mount Olive, NC 28365

FSI Mechanical
Attn: Managing Officer or Agent
PO Box 61428
Raleigh, NC 27661

Newtek Small Business Finance, L
Attn: Managing Officer or Agent
1981 Marcus Ave, Suite 130
Lake Success, NY 11042

Chase Card
Attn: Managing Officer or Agent
201 N. Walnut Street
DE1-1027
Wilmington, DE 19801

Georgia H. Longest
613-B East Southerland Street
Wallace, NC 28466

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

Cumberland County Tax Collector
Attn: Managing Officer or Agent
PO Box 449
Fayetteville, NC 28302

Georgia H. Longest
Attn: Managing Officer or Agent
613-B East Southerland Street
Wallace, NC 28466

Pender County Tax Assessor
Attn: Managing Officer/Agent
PO Box 67
Burgaw, NC 28425

Diversified Energy
Attn: Managing Officer or Agent
17220 US Hwy 421 S
Dunn, NC 28334

Houghton Development Inc.
Attn: Managing Officer or Agent
6425 Motts Village Road
Wilmington, NC 28412

Pepsi Bottling Ventures
Attn: Managing Officer or Agent
PO Box 75990
Charlotte, NC 28275

Donald Mong
133 Marlboro Farms
Rocky Point, NC 28457

Institution Food House, Inc.
aka Performance Foodservice Roma
Attn: Managing Officer or Agent

PSNC Energy
Attn: Managing Officer or Agent
PO Box 100256
Florence, SC 29502

DP Properties of NC, LLC
Attn: Managing Officer or Agent
PO Box 1747
West Chester, PA 19380

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Strategic Funding Source, Inc.
Attn: Managing Officer or Agent
211 D. Bulifants Blvd., Ste. E
Williamsburg, VA 23188

Duplin County Tax Collector
Attn: Managing Officer/Agent
PO Box 968
Kenansville, NC 28349

Kenneth Rich
2361 Willard Road
Wallace, NC 28466

Tara C. Rich
2361 Willard Road
Wallace, NC 28466

Fayetteville Retail Investment, LLC
Attn: Managing Officer or Agent
c/o WRS Inc.
550 Long Point Road
Mount Pleasant, SC 29464

MSPark
Attn: Managing Officer or Agent
PO Box 848469
Dallas, TX 75284

The Little Mint, Inc.
dba Hwy 55 Burgers Shakes & Frie
Attn: Managing Officer or Agent
102 Commercial Avenue
Mount Olive, NC 28365

Fifth Third Bank
Attn: Managing Officer/Agent
38 Fountain Square Plaza
Cincinnati, OH 45263

New Hanover County Tax Office
Attn: Managing Officer or Agent
PO Box 18000
Wilmington, NC 28406

The McIntosh Law Firm, PC
Attn.: Jennifer Ahlers Cone
PO Box 2270
Davidson, NC 28036

Town of Apex
Attn: Managing Officer or Agent
PO Box 580398
Charlotte, NC 28258


United Community Bank
Attn: Managing Officer or Agent
406 E Main St.
Wallace, NC 28466


Village Company
Attn: Managing Officer or Agent
PO Box 31827
Raleigh, NC 27622


Worldpay US, Inc.
Attn: Managing Officer or Agent
201 17th Street, NW
Suite 1000
Atlanta, GA 30363

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Rich's Food Stores, LLC**                                                 Case No. _____
                                                        Debtor(s)                    Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenneth Norman Rich**<br>**2361 Willard Road**<br>**Wallace, NC 28466** | | **45%** | **Manager/Member** |
| **Tara C. Rich**<br>**2361 Willard Road**<br>**Wallace, NC 28466** | | **55%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 5, 2019**                               Signature  **/s/ Kenneth Norman Rich**
                                                                      **Kenneth Norman Rich**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Rich's Food Stores, LLC**                     Case No. _____

Debtor(s)                                                Chapter   **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rich's Food Stores, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**February 5, 2019**                          **/s/ Richard P. Cook**
Date                                          **Richard P. Cook 37614**
                                              Signature of Attorney or Litigant
                                              Counsel for   **Rich's Food Stores, LLC**
                                              **Richard P. Cook. PLLC**
                                              **dba Cape Fear Debt Relief**
                                              **7036 Wrightsville Avenue, Suite 101**
                                              **Wilmington, NC 28403**
                                              **(910)399-3458 Fax:(877) 836-6822**
                                              **CapeFearDebtRelief@gmail.com**