**VAN–021** Order to Appear for Examination – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Rich's Food Stores, LLC  
2361 Willard Road  
Wallace, NC 28466

CASE NO.: 19–00504–5–JNC

DATE FILED: February 5, 2019

TaxID: 46–4444325

CHAPTER: 11

ORDER TO APPEAR FOR EXAMINATION

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, **Kenneth Norman Rich** , to appear and submit to examination, on behalf of the debtor, at the 11 U.S.C. § 341(a) meeting of creditors scheduled for:

DATE:     Monday, March 4, 2019  
TIME:     10:00 AM  
PLACE:    U.S. Bankruptcy Court  
          Randy D. Doub United States Courthouse, Room 108, 150 Reade Circle, Greenville, NC 27858

The designee is further ordered to file schedules and statements and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED: February 5, 2019

Joseph N. Callaway  
United States Bankruptcy Judge