VAN–036 Order to File Plan and Disclosure Statement and Notice of Status Conference – Rev. 01/06/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Rich's Food Stores, LLC
2361 Willard Road
Wallace, NC 28466

CASE NO.: 19–00504–5–JNC

DATE FILED: February 5, 2019

TaxID: 46–4444325

CHAPTER: 11

ORDER TO FILE PLAN AND DISCLOSURE STATEMENT
AND NOTICE OF STATUS CONFERENCE

The debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 5, 2019 . The court has reviewed the case file and has determined that to ensure that the case is handled expeditiously and economically, the debtor(s) must file a plan and disclosure statement on or before May 6, 2019. The court will review the disclosure statement when it is filed and, if acceptable, the disclosure statement will be conditionally approved. Additionally, the hearing on approval of the disclosure statement will be combined with the hearing on confirmation of the plan. If the court determines that the debtor's plan provides adequate information under 11 U.S.C. § 1125(a) and 1125(f)(1) and that a separate disclosure statement is not necessary, the court may treat the plan as the disclosure statement for the purpose of conditional approval pursuant to Bankruptcy Rule 3017.1. The debtor(s) may use Official Form B25A, "Plan of Reorganization in Small Business Case Under Chapter 11," and Official Form B25B, "Disclosure Statement in Small Business Case Under Chapter 11."

A status conference pursuant to 11 U.S.C. § 105(d)(1) will be held on Thursday, February 21, 2019 , at 02:00 PM by conference telephone call. Counsel for the debtor(s) in possession and the Bankruptcy Administrator will participate in the status conference, and any objection to the procedures outlined in this order will be addressed at that time. To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

At the status conference, counsel for the debtor(s) must be prepared to (1) describe the nature of the debtor(s) business, (2) describe the reasons for filing the petition, (3) describe the debtor(s) strategy for reorganization, (4) give an estimate of the attorney's fees and other professional fees, (5) identify anticipated significant events in the case, (6) discuss the need for future status conferences, and (7) identify the court location or locations most convenient for parties and counsel for proceedings to be conducted.

SO ORDERED.

Dated: February 7, 2019

Joseph N. Callaway
United States Bankruptcy Judge