**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

RICH'S FOOD STORES, LLC,    CASE NO.: 19-00504-5-JNC
                            CHAPTER 11
    DEBTOR(S)

**NOTICE OF MOTION**
_____

NOTICE IS HEREBY GIVEN of the Emergency Motion for Authorization of Debtor's Interim Use of Cash Collateral filed simultaneously herewith by the Debtor in the above-captioned case, a copy of which Motion attached hereto; and

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have any attorney, you may wish to consult with one.

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before February 18, 2019, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: US Bankruptcy Court, PO Box 791, Raleigh, NC 27602. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the attorney whose name appears at the bottom of this notice, to the bankruptcy administrator, the trustee, and to other parties in interest.

**A hearing will be conducted on the Motion on February 19, 2019 at 1:00 p.m. in Greenville, North Carolina**. Any party filing a response to the Motion shall appear at any hearing in support of the objection or may be assessed with costs.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:  February 14, 2019        RICHARD P. COOK, PLLC

                                 /s/ Richard P. Cook
                                 Richard P. Cook
                                 N.C. State Bar No. 37614
                                 7036 Wrightsville Ave, Suite 101
                                 Wilmington, NC 28403
                                 (910) 399-3458
                                 Richard@CapeFearDebtRelief.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:

RICH'S FOOD STORES, LLC,                    CASE NO.: 19-00504-5-JNC
                                             CHAPTER 11
      DEBTOR(S)

**EMERGENCY MOTION FOR AUTHORIZATION OF
DEBTOR'S INTERIM USE OF CASH COLLATERAL**

NOW COMES, Rich's Food Stores, LLC (hereafter "Debtor"), by and through undersigned counsel, and pursuant to § 363 of the Bankruptcy Code and Fed. R. Bankr. P. 4001(b)(2), hereby respectfully moves this Court for an Order authorizing the interim use of cash collateral to avoid immediate and irreparable harm to its bankruptcy estate (the "Estate") and requests an emergency hearing on the same. In support hereof, the Debtor shows unto this Court as follows:

**INTRODUCTORY STATEMENT**

Pursuant to Fed. R. Bankr. P. 400l(b)(l)(B), the Debtor sets forth the following introductory statement:

The Debtor was founded in December 2013 and operates four Hwy 55 franchises in Southeastern North Carolina (Wallace, Burgaw, Castle Hayne, and Fayetteville). The Debtor serves fresh, made-to-order specialty hamburgers, cheesesteaks, classic sandwiches, french fries, and milkshakes. The Debtor employs approximately ninety (90) employees—and was current on its payroll on the Petition Date.

The Debtor began to experience financial problems as a result of, inter alia, the following: (1) the closing of stores; (2) the remaining four stores were closed for

approximately one month due to Hurricane Florence and while Debtor has insurance claims pending, the claims will not be enough to compensate for lost revenue; (3) the Debtor began to fall behind on its withholding taxes to the Internal Revenue Service and its sales and use taxes to the North Carolina Department of Revenue; and (4) various creditors with liens had begun to garnish Debtor's bank accounts.

The Debtor anticipates continuing operations and reorganizing its obligations in this Chapter 11 case. In order to maintain existing operations during the interim period, the Debtor will be required to incur certain operating expenses, including food purchases, payroll, payroll taxes and certain other expenses, including those associated with the payment of liability, health, and workers' compensation insurance, utilities, and other expenses. The Debtor's only source of income is through sales of its food products directly to consumers.

## JURISDICTION AND AUTHORITY

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and it is core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. This Court has authority to hear this matter pursuant to the General Order of Reference entered by the United States District Court for the Eastern District of North Carolina on August 3, 1984.

## FACTUAL BACKGROUND

3. The Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code on February 5, 2019 (the "Petition Date"), Case No. 19-00504-4-JNC (the "Bankruptcy Case") and currently operates as Debtor-in-Possession.

4.      The Debtor was founded in December 2013 and operates four Hwy 55 franchises in Southeastern North Carolina (Wallace, Burgaw, Castle Hayne, and Fayetteville). The Debtor serves fresh, made-to-order specialty hamburgers, cheesesteaks, classic sandwiches, french fries, and milkshakes.

5.      Prior to the Petition Date, the Debtor entered into two financing agreements with Newtek Small Business Financial, LLC ("Newtek") dated on or about September 14, 2016 and November 9, 2016. Debtor granted to Newtek a UCC-1 lien on all property owned by the Debtor. UCC-1 filing statements were caused to be filed with the N.C. Secretary of State on August 19, 2016 and October 25, 2016. The balance currently owed to Newtek is $495,773.33 for the September 2016 loan and $149,564.00 for the November 2016 loan. It is believed these purported liens are fully secured.

6.      The Internal Revenue Service ("IRS") filed a Proof of Claim on February 12, 2019 [Claim No. 1]. According to the Proof of Claim, the IRS has a secured claim of $109,672.11. The IRS has a tax lien docketed in Duplin County, North Carolina filed prior to the Petition Date. It is believed the lien is fully secured.

7.      The North Carolina Department of Revenue ("NCDOR") has a secured claim of $20,973.81. The NCDOR has a judgment lien docketed in Pender County, North Carolina filed prior to the Petition Date. It is believed the lien is fully secured.

8.      Prior to the Petition Date, on or about July 11, 2017, Debtor entered into a loan agreement with Strategic Funding Source, Inc ("Strategic Funding"). On information and belief, a UCC-1 filing statement was filed with the N. C. Secretary of State on or about July 13, 2017. Debtor disputed this debt in its schedules and served a

Notice of Disputed Claims on Strategic Funding. If the lien is determined to be valid, it may not have any value.

9. Prior to the Petition Date, Vend Lease Company Inc. ("Vend Lease") filed a UCC-1 filing statement with the N.C. Secretary of State on or about January 18, 2019. This filing includes restaurant equipment/accessories and all assets including but not limited to inventory, supplies, accounts, accounts receivable and all other personal property, and deposit accounts. It is believed the lien has no value beyond the specific leased equipment. Vend Lease receives payments each month through automatic drafts.

10. It appears that proceeds generated and realized from the Debtor's operations may constitute cash collateral of Newtek, the IRS, and NCDOR within the meaning of § 363 of the Bankruptcy Code and according to their respective lien positions and priorities.

11. The Debtor agrees to Adequate Protection payments in the amount of $4,437.00 each month to Newtek. These payments represent the approximate amount of the contractual monthly interest on the underlying debt. The Debtor agrees to Adequate Protection payments in the amount of $1,827.87 each month to the IRS. These payments represent one sixtieth (1/60) of the secured claim. The Debtor agrees to Adequate Protection payments in the amount of $350.00 each month to the NCDOR. These payments represent one sixtieth (1/60) of the secured claim. These Adequate Protection payments will begin on March 1, 2019. The terms and conditions set forth in this Motion provide adequate protection of the interests of the secured creditors for the Debtor's use of cash collateral. Attached as **Exhibit A** are profit and loss projections for February and March 2019. The attached projections include the adequate protection payment to

Newtek. While the attached projections do not include the adequate protection payments to the IRS or NCDOR or the quarterly fees, the budget leaves room for these payments.

12. The requirements of the Bankruptcy Rules and the Bankruptcy Code, including without limitation Federal Rule of Bankruptcy Procedure 4001(b), have been satisfied for the purpose of the Debtor's use of cash collateral.

## REQUEST FOR RELIEF

13. Section 363(c) provides that of the Bankruptcy Code provides that debtors may use cash collateral provided "(A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2). The term "cash collateral" for purposes of § 363, includes "cash, negotiable instruments, documents of title, securities, deposit accounts, or other cash equivalents whenever acquired in which the estate and an entity other than the estate have an interest ...." 11 U.S.C. § 363(a).

14. In order to continue and maintain its existing operations, the Debtor will be required to incur certain operating expenses, including purchasing food, payroll, office expenses, insurance premiums, payments and fees, and other normal operating expenses. The Debtor's sole source of income is through its continued operations.

15. The Debtor represents that continued operations will generate the greatest source of funds for creditors. The Debtor will require access to the cash collateral generated by its operations in order to allow it to operate, subject to the purported UCC-1 lien set forth herein.

16. If the use of cash collateral is not immediately approved, the bankruptcy estate will suffer immediate and irreparable harm, as it will not be able to pay its expenses from its sole source of income, the funds generated by operations. If the Debtor is unable to maintain constant cash flow, it cannot possibly succeed in the above-captioned matter.

17. Federal Rule of Bankruptcy Procedure 4001(b)(2) provides, as follows:

(2) Hearing. The court may commence a final hearing on a motion for authorization to use cash collateral no earlier than 14 days after service of the motion. If the motion so requests, the court may conduct a preliminary hearing before such 14-day period expires, but the court may authorize the use of only that amount of cash collateral as is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

18. Pursuant to Fed. R. Bankr. P. 4001(b)(2), the Debtor respectfully requests a preliminary hearing before the Court authorizing it to use cash collateral as specified in this Emergency Motion for Authorization to Use Cash Collateral (the "Motion").

19. The Debtor shall be authorized to use cash collateral in accordance with the attached projected profit and loss statements for February and March 2019. Said profit and loss statements are attached hereto as **Exhibit A**.

20. The Debtor must remit the agreed upon Adequate Protection Payment to Newtek, the IRS and NCDOR within the month in which said payment comes due. Should the Debtor fail to timely remit Adequate Protection Payments to Newtek, the IRS and NCDOR, the Debtor shall be in breach of this Order.

21. The Debtor proposes that those creditors whose cash collateral is utilized shall have (i) a continuing post-petition replacement lien and security interest in all

property and categories of property of the same extent, validity, and priority as said creditor held prepetition. The validity, enforceability, and perfection of the post-petition replacement liens shall be immediately deemed perfected, without the need for any further action on the part of any of the creditors.

22. The Debtor does not admit to, and this order does not establish, the validity, nature, extent, priority, or perfection of any security interest or lien, or the characterization of any of its property as cash collateral or otherwise, and the Debtor reserves the right for itself and for the bankruptcy estate to challenge any of these matters in the future.

23. The Debtor seeks the aforementioned relief on an interim basis, with any order allowing the use of cash collateral to terminate within sixty (60) days of entry of the order.

WHEREFORE, and based upon the foregoing, the Debtor respectfully prays for (A) a preliminary hearing on this Motion in order that immediate harm to the Estate can be avoided, (B) an Order authorizing the Debtor to use cash collateral in accordance with 11 U.S.C. § 363, and (C) such other and further relief that this Court deems just and appropriate.

Dated: February 14, 2019         Richard P. Cook, PLLC

/s/ Richard P. Cook, PLLC
Richard P. Cook
N.C. State Bar No. 37614
Attorneys for the Debtor
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
(910) 399-3458
Richard@CapeFearDebtRelief.com

BFS HWY 55
Profit Loss
February 2019 Projections

Exhibit A

|  |  | February 2019 Projection | Projected % |
|---|---|---:|---:|
| 4100 | Total Sales | $ 170,000 |  |
| 5100 | Total Cost of Goods | $ 59,500 | 35.0% |
|  | Gross Profit | $ 110,500 |  |
| Expense |  |  |  |
| 6000 | Payroll Expense | $ 37,400 | 22.0% |
| 6020 | Payroll Taxes | $ 5,100 | 3.0% |
| 6025 | Payroll Expense Management | $ 7,200 | 4.2% |
| 6030 | Payroll Taxes Management | $ 608 | 0.4% |
| 6252 | Guest Relations | $ 100 | 0.1% |
| 6300 | Advertising | $ 200 | 0.1% |
| 6301 | Charitable Contributions | $ 200 | 0.1% |
| 6302 | Employment Services | $ - | 0.0% |
| 6307 | Employee Benefits | $ 200 | 0.1% |
| 6308 | CC Monthly Fees | $ 2,100 | 1.2% |
| 6309 | CC Processing Billings | $ 500 | 0.3% |
| 6310 | Bank Service Charges | $ - | 0.0% |
| 6312 | Cost of Checks | $ 60 | 0.0% |
| 6314 | Office Supplies | $ 80 | 0.0% |
| 6315 | Cleaning Supplies | $ 80 | 0.0% |
| 6316 | Equip & Supplies | $ 300 | 0.2% |
| 6317 | Uniforms | $ 200 | 0.1% |
| 6318 | Linen Service | $ 1,200 | 0.7% |
| 6320 | Floor Cleaning | $ 675 | 0.4% |
| 6321 | Hood Cleaning | $ 500 | 0.3% |
| 6322 | Fire Equip Inspections | $ 140 | 0.1% |
| 6323 | Inspection Fees | $ - | 0.0% |
| 6324 | Safety Training & Sup | $ 400 | 0.2% |
| 6330 | Royalties | $ 10,200 | 6.0% |
| 6337 | Vehicle Expense | $ 340 | 0.2% |
| 6339 | Travel Expense | $ 1,000 | 0.6% |
| 6340 | Telephone Expense | $ 960 | 0.6% |
| 6341 | Utilities - Electricity | $ 3,000 | 1.8% |
| 6342 | Utilities - Water Sewage | $ 1,135 | 0.7% |
| 6343 | Gas (Propane or Natural) | $ 2,600 | 1.5% |
| 6344 | CO2 | $ 280 | 0.2% |
| 6345 | Pest Control | $ 500 | 0.3% |
| 6346 | Trash Disposal | $ 469 | 0.3% |
| 6347 | Grease Disposal | $ 312 | 0.2% |
| 6348 | Alarm Systems | $ 145 | 0.1% |
| 6349 | Music Systems | $ 108 | 0.1% |

# RES HWY 55
## Profit Loss
### February 2019 Projections

|  |  | February 2019 Projection | Projected % |
|---|---|---:|---:|
| 6365 | Cash Over and Short | $ 500 | 0.3% |
| 6368 | Credit Card Over/Short | $ 100 | 0.1% |
| 6380 | Rent Expense | $ 14,308 | 8.4% |
| 6382 | Insurance Building | $ 728 | 0.4% |
| 6383 | Insurance Workers Comp | $ 868 | 0.5% |
| 6384 | Maint. Preventative | $ 200 | 0.1% |
| 6385 | Rep & Mt Prop | $ 560 | 0.3% |
| 6386 | Rep & Mt HVAC | $ 200 | 0.1% |
| 6378 | Rep & Mt Ref Equip | $ 200 | 0.1% |
| 6388 | Rep & Mt Cook Line | $ 200 | 0.1% |
| 6510 | Accounting Fees | $ 200 | 0.1% |
| 6530 | Corp Expense | $ - | 0.0% |
| 6650 | Property Taxes | $ 100 | 0.1% |
| 6809 | Loyalty Card Exp | $ 416 | 0.2% |
| 6810 | Register POS Expense | $ 1,068 | 0.6% |
| 6811 | Business Software | $ 200 | 0.1% |
| 6812 | Emp Software | $ 80 | 0.0% |
| 6900 | Interest Expense | $ 4,660 | 2.7% |
| 6915 | Sales Tax Penalty & Int | $ - | 0.0% |
|  | Total Expense | $ 102,880 | 60.5% |
|  | Net Ordinary Income | $ 7,620 | 4.48% |

RES HWY 55
Profit Loss
March 2019 Projections

|  |  | March 2019 Projection | Projected % |
|---|---|---:|---:|
| 4100 | Total Sales | $ 195,000 |  |
| 5100 | Total Cost of Goods | $ 68,250 | 35.0% |
|  | Gross Profit | $ 126,750 |  |
| Expense |  |  |  |
| 6000 | Payroll Expense | $ 42,900 | 22.0% |
| 6020 | Payroll Taxes | $ 5,850 | 3.0% |
| 6025 | Payroll Expense Management | $ 7,200 | 3.7% |
| 6030 | Payroll Taxes Management | $ 608 | 0.3% |
| 6252 | Guest Relations | $ 100 | 0.1% |
| 6300 | Advertising | $ 200 | 0.1% |
| 6301 | Charitable Contributions | $ 200 | 0.1% |
| 6302 | Employment Services | $ - | 0.0% |
| 6307 | Employee Benefits | $ 200 | 0.1% |
| 6308 | CC Monthly Fees | $ 2,100 | 1.1% |
| 6309 | CC Processing Billings | $ 500 | 0.3% |
| 6310 | Bank Service Charges | $ - | 0.0% |
| 6312 | Cost of Checks | $ 60 | 0.0% |
| 6314 | Office Supplies | $ 80 | 0.0% |
| 6315 | Cleaning Supplies | $ 80 | 0.0% |
| 6316 | Equip & Supplies | $ 300 | 0.2% |
| 6317 | Uniforms | $ 200 | 0.1% |
| 6318 | Linen Service | $ 1,200 | 0.6% |
| 6320 | Floor Cleaning | $ 675 | 0.3% |
| 6321 | Hood Cleaning | $ 500 | 0.3% |
| 6322 | Fire Equip Inspections | $ 140 | 0.1% |
| 6323 | Inspection Fees | $ - | 0.0% |
| 6324 | Safety Training & Sup | $ 400 | 0.2% |
| 6330 | Royalties | $ 11,700 | 6.0% |
| 6337 | Vehicle Expense | $ 340 | 0.2% |
| 6339 | Travel Expense | $ 1,000 | 0.5% |
| 6340 | Telephone Expense | $ 960 | 0.5% |
| 6341 | Utilities - Electricity | $ 3,000 | 1.5% |
| 6342 | Utilities - Water Sewage | $ 1,135 | 0.6% |
| 6343 | Gas (Propane or Natural) | $ 2,600 | 1.3% |
| 6344 | CO2 | $ 280 | 0.1% |
| 6345 | Pest Control | $ 500 | 0.3% |
| 6346 | Trash Disposal | $ 469 | 0.2% |
| 6347 | Grease Disposal | $ 312 | 0.2% |
| 6348 | Alarm Systems | $ 145 | 0.1% |
| 6349 | Music Systems | $ 108 | 0.1% |

## RFS HWY 55
## Profit & Loss
## March 2019 Projections

| | | March 2019 Projection | Projected % |
|---|---|---:|---:|
| 6365 | Cash Over and Short | $ 500 | 0.3% |
| 6368 | Credit Card Over/Short | $ 100 | 0.1% |
| 6380 | Rent Expense | $ 14,308 | 7.3% |
| 6382 | Insurance Building | $ 728 | 0.4% |
| 6383 | Insurance Workers Comp | $ 868 | 0.4% |
| 6384 | Maint. Preventative | $ 200 | 0.1% |
| 6385 | Rep & Mt Prop | $ 560 | 0.3% |
| 6386 | Rep & Mt HVAC | $ 200 | 0.1% |
| 6378 | Rep & Mt Ref Equip | $ 200 | 0.1% |
| 6388 | Rep & Mt Cook Line | $ 200 | 0.1% |
| 6510 | Accounting Fees | $ 200 | 0.1% |
| 6530 | Corp Expense | $ - | 0.0% |
| 6650 | Property Taxes | $ 100 | 0.1% |
| 6809 | Loyalty Card Exp | $ 416 | 0.2% |
| 6810 | Register POS Expense | $ 1,068 | 0.5% |
| 6811 | Business Software | $ 200 | 0.1% |
| 6812 | Emp Software | $ 80 | 0.0% |
| 6900 | Interest Expense | $ 4,660 | 2.4% |
| 6915 | Sales Tax Penalty & Int | $ - | 0.0% |
| | Total Expense | $ 110,630 | 56.7% |
| | Net Ordinary Income | $ 16,120 | 8.27% |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE:  RICHS FOOD STORES, LLC | CASE NO: 19-00504-5-JNC<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 2/14/2019, I did cause a copy of the following documents, described below,

Emergency Motion for Authorization of Debtor's Interim Use of Cash Collateral and Notice Thereof

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/14/2019

/s/ Richard P. Cook
Richard P. Cook  37614
Richard P. Cook, PLLC
7036 Wrightsville Ave, Ste. 101
Wilmington, NC  28403
910 399 3458

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: RICHS FOOD STORES, LLC | CASE NO: 19-00504-5-JNC |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 2/14/2019, a copy of the following documents, described below,

Emergency Motion for Authorization of Debtor's Interim Use of Cash Collateral and Notice Thereof

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/14/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard P. Cook
Richard P. Cook, PLLC
7036 Wrightsville Ave, Ste. 101
Wilmington, NC  28403

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | CASE INFO | |
|---|---|---|
| VEND LEASE COMPANY INC<br>ATTN MANAGING OFFICER OR AGENT<br>8100 SANDPIPER CIR STE 300<br>BALTIMORE MD 21236 | LABEL MATRIX FOR LOCAL NOTICING<br>04175<br>CASE 19-00504-5-JNC<br>EASTERN DISTRICT OF NORTH CAROLINA<br>RALEIGH<br>THU FEB 14 15-07-52 EST 2019 | A AND E VENDS INC<br>ATTN MANAGING OFFICER OR AGENT<br>102 COMMERCIAL AVENUE<br>MOUNT OLIVE NC 28365-8695 |
| BANKRUPTCY ADMINISTRATOR<br>TWO HANNOVER SQUARE STE 640<br>434 FAYETTEVILLE STREET<br>RALEIGH NC 27601-1701 | CHASE CARD<br>ATTN MANAGING OFFICER OR AGENT<br>201 N WALNUT STREET<br>DE1-1027<br>WILMINGTON DE 19801-2920 | ~~EXCLUDE~~<br>~~RICHARD PRESTON COOK~~<br>~~RICHARD P COOK PLLC~~<br>~~7036 WRIGHTSVILLE AVE SUITE 101~~<br>~~WILMINGTON NC 28403-3656~~ |
| CUMBERLAND COUNTY TAX COLLECTOR<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 449<br>FAYETTEVILLE NC 28302-0449 | DP PROPERTIES OF NC LLC<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 1747<br>WEST CHESTER PA 19380-0059 | DIVERSIFIED ENERGY<br>ATTN MANAGING OFFICER OR AGENT<br>17220 US HWY 421 S<br>DUNN NC 28334-8757 |
| DONALD MONG<br>133 MARLBORO FARMS<br>ROCKY POINT NC 28457-9551 | DUPLIN COUNTY TAX COLLECTOR<br>ATTN MANAGING OFFICERAGENT<br>PO BOX 968<br>KENANSVILLE NC 28349-0968 | EMPLOYMENT SECURITY COMMISSION<br>PO BOX 26504<br>RALEIGH NC 27611-6504 |
| FSI MECHANICAL<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 61428<br>RALEIGH NC 27661-1428 | FAYETTEVILLE RETAIL INVESTMENT LLC<br>ATTN MANAGING OFFICER OR AGENT<br>CO WRS INC<br>550 LONG POINT ROAD<br>MOUNT PLEASANT SC 29464-8000 | FIFTH THIRD BANK<br>MD ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| GEORGIA H LONGEST<br>613B EAST SOUTHERLAND STREET<br>WALLACE NC 28466-2731 | GEORGIA H LONGEST<br>ATTN MANAGING OFFICER OR AGENT<br>613-B EAST SOUTHERLAND STREET<br>WALLACE NC 28466-2731 | HOUGHTON DEVELOPMENT INC<br>ATTN MANAGING OFFICER OR AGENT<br>6425 MOTTS VILLAGE ROAD<br>WILMINGTON NC 28412-4900 |
| INSTITUTION FOOD HOUSE INC<br>AKA PERFORMANCE FOODSERVICE ROMA<br>ATTN- MANAGING OFFICER OR AGENT<br>543 12TH STREET DRIVE NW<br>HICKORY NC 28601-4754 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KENNETH RICH<br>2361 WILLARD ROAD<br>WALLACE NC 28466-8805 |
| MARJORIE K LYNCH<br>BANKRUPTCY ADMINISTRATOR<br>434 FAYETTEVILLE STREET SUITE 640<br>RALEIGH NC 27601-1888 | MSPARK<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 848469<br>DALLAS TX 75284-8469 | NC DEPARTMENT OF REVENUE<br>OFFICE SERVICES DIV BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH NC 27602-1168 |
| NEW HANOVER COUNTY TAX OFFICE<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 18000<br>WILMINGTON NC 28406-7742 | NEWTEK SMALL BUSINESS FINANCE LLC<br>ATTN MANAGING OFFICER OR AGENT<br>1981 MARCUS AVE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | NORTH CAROLINA DEPARTMENT OF COMMERCE<br>DIV OF EMPLOYMENT SECURITY<br>PO BOX 26504<br>RALEIGH NC 27611-6504 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS 1ST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NORTH CAROLINA DEPT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH NC 27602-1168 | PSNC ENERGY<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 100256<br>FLORENCE SC 29502 | PENDER COUNTY TAX ASSESSOR<br>ATTN MANAGING OFFICERAGENT<br>PO BOX 67<br>BURGAW NC 28425-0067 |
| PEPSI BOTTLING VENTURES<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 75990<br>CHARLOTTE NC 28275-0990 | KENNETH NORMAN RICH<br>2361 WILLARD ROAD<br>WALLACE NC 28466-8805 | DEBTOR<br>RICHS FOOD STORES LLC<br>2361 WILLARD ROAD<br>WALLACE NC 28466-8805 |
| STRATEGIC FUNDING SOURCE INC<br>ATTN MANAGING OFFICER OR AGENT<br>211 D BULIFANTS BLVD STE E<br>WILLIAMSBURG VA 23188-5729 | TARA C RICH<br>2361 WILLARD ROAD<br>WALLACE NC 28466-8805 | THE LITTLE MINT INC<br>DBA HWY 55 BURGERS SHAKES  FRIES<br>ATTN- MANAGING OFFICER OR AGENT<br>102 COMMERCIAL AVENUE<br>MOUNT OLIVE NC 28365-8695 |
| THE MCINTOSH LAW FIRM PC<br>ATTN JENNIFER AHLERS CONE<br>PO BOX 2270<br>DAVIDSON NC 28036-5270 | TOWN OF APEX<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 580398<br>CHARLOTTE NC 28258-0398 | US ATTORNEY<br>310 NEW BERN AVENUE SUITE 800<br>FEDERAL BUILDING<br>RALEIGH NC 27601-1461 |
| UNITED COMMUNITY BANK<br>ATTN MANAGING OFFICER OR AGENT<br>406 E MAIN ST<br>WALLACE NC 28466-2726 | VILLAGE COMPANY<br>ATTN MANAGING OFFICER OR AGENT<br>PO BOX 31827<br>RALEIGH NC 27622-1827 | WORLDPAY US INC<br>ATTN MANAGING OFFICER OR AGENT<br>201 17TH STREET NW<br>SUITE 1000<br>ATLANTA GA 30363-1195 |